UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

LILIA BELKOVA RUSSO,

      Plaintiff,

v.                                   Case No: 5:26-cv-26-WWB-PRL

JUDGE JACOB A. BROWN, GLENN
KELLEY, JUDGE SARAH L.
SULMAN, CLERK OF COURT OF
PALM BEACH COUNTY, CLERK OF
4 DCA OF FLORIDA, FORTH
DISTRICT COURT OF APPEAL OF
FLORIDA, PALM BEACH COUNTY
SHERIFF'S OFFICE, J. LEVEY, and J.
SNIETKA,

      Defendants.
_____

**ORDER**

This cause comes before the Court on Plaintiff's Motion for Leave to Receive Electronic Notifications of Court Filings and Express Consent to Electronic Service. (Doc. 15). Plaintiff requests that she be permitted to receive notices of electronic filing via email, given her current medical issues, which severely restrict her mobility, and so that she can efficiently manage case deadlines as a *pro se* litigant. (*Id*. at pp. 3-4).

"[T]he Court in its discretion may grant a *pro se* party permission to receive electronic notifications." *Moore v. Adventist Health Sys. Sunbelt Healthcare Corp.*, No. 6:23-cv-1163-PGB-DCI, 2023 WL 4947933, at *1 (M.D. Fla. Aug. 3, 2023). In this instance, the Court finds it appropriate to exercise such discretion here. *See id*.; *Cromity v. City of Orlando*, No. 6:24-cv-1688-CEM-DCI, 2025 WL 435901, at *1 (M.D. Fla. Jan. 29, 2025) (allowing service of court documents on *pro se* party by email); *Wilkins v. RCI, LLC*, No. 6:23-cv-849-PGB-EJK, 2023

WL 3453560, at *1 (M.D. Fla. May 15, 2023) (same). Thus, the Court will permit Plaintiff to receive notices of electronic filing via email.

Accordingly, it is **ORDERED** that:

(1) Plaintiff's Motion for Leave to Receive Electronic Notifications of Court Filings and Express Consent to Electronic Service (Doc. 15) is **GRANTED**.

(2) The Clerk is **directed** to add Plaintiff's email address (DrLiliaBelkova@gmail.com) to the docket and send all future notices of electronic filing to this email address.

(3) Plaintiff is advised that she must frequently check her email, as some filings could be time sensitive. The notices of electronic filing will contain a hyperlink that will allow the Plaintiff to view the document for the first time for free. The hyperlink expires after the earlier of two events: the first use or 15 days after the notice is emailed. An individual must access PACER to view a document after the hyperlink has expired. The Court's Guide for Proceeding Without a Lawyer provides instructions on how to register for PACER on page 13.[1] Please note that when the Court allows a *pro se* litigant to receive notices of filing by email, the Clerk's office no longer mails paper copies. As a result, Plaintiff is cautioned that she will no longer receive Court filings by U.S. mail.

---

[1] The Court's Guide for Proceeding Without a Lawyer can be accessed on the Court's website at http://www.flmd.uscourts.gov/pro_se/default.htm.

- 3 -

**DONE** and **ORDERED** in Ocala, Florida on June 2, 2026.

_____
PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties

- 3 -