**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

**LILIA BELKOVA RUSSO,**

    **Plaintiff,**

**v.**                                                                                   **Case No: 5:26-cv-26-WWB-PRL**

**CLERK OF THE FOURTH DISTRICT**
**COURT OF APPEAL OF FLORIDA,**
**DEPUTY JAMES LEVEY, RIC L.**
**BRADSHAW, and CLERK OF THE**
**CIRCUIT COURT AND**
**COMPTROLLER, PALM BEACH**
**COUNTY,**

    **Defendants.**

_____

**ORDER**

This cause comes before the Court on Plaintiff's Amended Motion to Accept Amended Complaint as Timely and/or for Nunc Pro Tunc Extension Through June 30, 2026, or Alternatively, for a Short Extension Deemed Appropriate filed on June 30, 2026. (Doc. 18). Plaintiff, proceeding *pro se*, requests that the Court enter an Order extending Plaintiff's deadline *nunc pro tunc* to file an amended complaint from June 25, 2026 to June 30, 2026, and deem Plaintiff's amended complaint (Doc. 19) filed on June 30, 2026 as timely filed. (Doc. 18 at pp. 1, 11-12). Plaintiff indicates that she was unable to file her amended complaint on or before June 25, 2026, due to ongoing medical issues, and consequently, filed a timely Motion for Extension of Time to File Amended Complaint on June 25, 2026, requesting a second extension of time to file her amended complaint (Doc. 17). Plaintiff filed her amended complaint on June 30, 2026. (Doc. 19)

- 2 -

Accordingly, upon due consideration, it is **ORDERED** that:

(1) Plaintiff's Amended Motion to Accept Amended Complaint as Timely and/or for Nunc Pro Tunc Extension Through June 30, 2026, or Alternatively, for a Short Extension Deemed Appropriate (Doc. 18) is **GRANTED** *nunc pro tunc*, to the extent that the Court will accept Plaintiff's amended complaint (Doc. 19) as timely filed.

(2) Plaintiff's Motion for Extension of Time to File Amended Complaint (Doc. 17) is **DENIED as moot**.

**DONE** and **ORDERED** in Ocala, Florida on July 1, 2026.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties

- 2 -